CM/ECF hrgstat1bk
(Rev. 10/02/09)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF MISSISSIPPI

Cochran U.S. Bankruptcy Courthouse
703 Highway 145 North
Aberdeen, MS 39730
Telephone: 662−369−2596

---

In Re: Charles Ken Robison and Heather L. Robison
Debtor(s)

Case No.: 08−13753−JDW
Chapter: 7
Judge: Jason D. Woodard

---

PLEASE TAKE NOTICE that a Status hearing will be held at

Cochran U.S. Bankruptcy Courthouse, 703 Highway 145 North, Aberdeen, MS 39730

on 10/14/15 at 10:30 AM

to consider and act upon the following:

*1* − Chapter 12 Voluntary Petition . Government Proof of Claim due by 3/16/2009. Chapter 12 Plan due by 12/15/2008. (Entered on Docket by: Livingston, Stephen)

Dated: 8/13/15

David J. Puddister
Clerk, U.S. Bankruptcy Court
BY: LKI
Deputy Clerk